**DLD-087**                                                              **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3345
_____

IN RE:  DEE DEIDRE FARMER,
                                                            Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Civ. No. 16-cv-06141)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 31, 2019

Before: JORDAN, GREENAWAY, JR., and NYGAARD, Circuit Judges

(Opinion filed: February 12, 2019)
_____

OPINION[*]
_____

PER CURIAM

        On October 22, 2018, Dee Deirdre Farmer filed a petition for writ of mandamus to

compel the District Court to adjudicate her September 14, 2017 motions to proceed in

forma pauperis and to reopen proceedings in her civil rights action.  But by order entered

April 30, 2018, the District Court had already decided Farmer's motions, so we must in

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

turn dismiss her mandamus petition as moot.  See Blanciak v. Allegheny Ludlum Corp.,
77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of
adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent
a court from being able to grant the requested relief, the case must be dismissed as
moot.").

If Farmer wishes to reopen her case in the District Court, she should file a motion
to reopen that complies with the instructions in the District Court's order entered on April
30, 2018, with an explanation why her motion is being filed past the deadline set by that
court.  The Clerk of this Court is directed to send Farmer a copy of the April 30, 2018
order along with this opinion.[1]

---

[1] Farmer's motion for appointment of counsel is denied.